**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6192

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALLAH BURMAN, a/k/a A,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:01-cr-00115-JKB-5)

Submitted:  October 4, 2024                          Decided:  October 8, 2024

Before GREGORY and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Allah Burman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allah Burman appeals the district court's order denying his motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *See United States v. Burman*, No. 1:01-cr-00115-JKB-5 (D. Md. Feb. 9, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*